**Order entered March 27, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01293-CV

**VERONICA JOHNSON, Appellant**

**V.**

**THE HOUSING AUTHORITY OF THE CITY OF DALLAS, TX HIDDEN RIDGE, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-05397-B**

## ORDER

The reporter's record in this appeal has not been filed because appellant has not requested it. By letter dated January 11, 2019, we directed appellant to file, within ten days, written verification she had requested the record. We cautioned appellant that failure to comply could result in the appeal being submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). To date, however, appellant has not complied. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we further **ORDER** appellant to file her opening brief no later than April 26, 2019.

/s/     BILL WHITEHILL
          JUSTICE